UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT DAMICO,

    Plaintiff,                                 CASE NO. 8:11-cv-00169-RAL-EAJ

    v.

JACOBSON & ASSOCIATES,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

ROBERT DAMICO (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, JACOBSON & ASSOCIATES (Defendant), in this case.

                                                      RESPECTFULLY SUBMITTED,

                                                      By: /s/James Pacitti
                                                      James D. Pacitti
                                                      FBN: 119768
                                                      Krohn & Moss, Ltd
                                                      10474 Santa Monica Blvd, Suite 401
                                                      Los Angeles, CA 90025
                                                      (323) 988-2400 x230
                                                      (866) 802-0021 (fax)
                                                      Email: jpacitti@consumerlawcenter.com